IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WEST PLAINS, L.L.C. d/b/a CT FREIGHT COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>RETZLAFF GRAIN COMPANY, INCORPORATED, d/b/a RFG LOGISTICS, BRYCE WELLS, JEFFREY BRADLEY, THOMAS DANNER, REBECCA DANNER, JODY MAY, CHAD NEEDHAM, TODD PAYZANT, CRYSTAL KONECKY, SAMANTHA RHONE, CINDY SCHOLTING, AND DREW WAGGONER,<br><br>        Defendants. | CASE NO. 8:13-CV-00047<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and GMAC Commercial Credit LLC v. Dillard Department Stores, 357 F.3d 827, 828 (8th Cir. 2004), and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, Plaintiff West Plains, L.L.C., a Delaware limited liability company, hereby certifies the following:

      1.    West Plains, L.L.C. ("West Plains") is a Delaware limited liability company that is wholly-owned by QuatrA, LLC, a Delaware limited liability company. Neither West Plains nor QuatrA, LLC are publicly traded companies; and

      2.    QuatrA, LLC is wholly owned by Amit Bhandari, a Texas resident, and the following three Texas family trusts:

          a.    Aanya Sneha Bhandari 2008 Investment Trust;

          b.    Ansh Amit Bhandari 2008 Investment Trust; and

          c.    Aashna Raji Bhandari 2012 Investment Trust.

      The trustees for each of the aforementioned investment trusts are residents of the State of Texas.

Date: February 26, 2013     BY: _____
                                Shek Jain, General Counsel


Dated this 26th day of February, 2013

                              WEST PLAINS, L.L.C., Defendant.

                BY:  /s/Paul M. Shotkoski
                      Paul M. Shotkoski, #20873
                      Kathryn A. Dittrick, #23513
                      Sarah L. McGill, #24790
                      FRASER STRYKER PC LLO
                      500 Energy Plaza
                      409 South 17th Street
                      Omaha, Nebraska 68102-2663
                      (402) 341-6000
                      pshotkoski@fraserstryker.com
                      kdittrick@fraserstryker.com
                      smcgill@fraserstryker.com
                      ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that a true and accurate copy of same was sent via hand-delivery and by electronic mail upon the following:

Edward D. Hotz  EdHotz@hotzweaver.com
Patrick M. Flood  PatFlood@hotzweaver.com
Michael R. Peterson  MikePeterson@hotzweaver.com
Hotz, Weaver, Flood, Breitkreutz & Grant
444 Regency Parkway Dr.
Suite 310
Omaha, NE.  68114
(402) 397-1140 (phone)
(402) 397-1199 (fax)
ATTORNEYS FOR DEFENDANTS


                              /s/ Paul M. Shotkoski