NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WEST PLAINS, LLC, <br> d/b/a CT FREIGHT COMPANY, <br> <br> Plaintiff <br> <br> v. <br> <br> RETZLAFF GRAIN COMPANY, <br> INCORPORATED d/b/a RFG LOGISTICS, <br> BRYCE WELLS, JEFFREY BRADLEY, <br> THOMAS DANNER, REBECCA DANNER, <br> JODY MAY, CHAD NEEDHAM, <br> TODD PAYZANT, SAMANTHA RHONE, <br> CRYSTAL KONECKY, CINDY <br> SCHOLTING, AND DREW WAGGONER, <br> <br> Defendants | Case No. 8:13-CV-00047 |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Retzlaff Grain Company Incorporated, d/b/a RFG Logistcs, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:


Date: March 5, 2013                    s/Patrick M. Flood
                                         Edward D. Hotz, #11927
                                         Patrick M. Flood, #19042
                                         Michael R. Peterson, #23444
                                         Hotz, Weaver, Flood, Breitkreutz & Grant
                                         444 Regency Parkway Drive, Suite 310
                                         Omaha, NE 68114
                                         (402) 397-1140
                                         (402) 397-1199 (facsimile)
                                         Attorneys for Defendants

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys for Plaintiff:

    Paul M. Shotkoski
    Kathryn A. Dittrick
    Sarah McGill
    Fraser Stryker PC LLO
    550 Energy Plaza
    409 South 17th Street
    Omaha, NE 68102

                                        /s/Patrick M. Flood