

**CONTINUUM** WORLDWIDE℠

A MUTUAL of OMAHA COMPANY

| Date | Invoice # |
|---|---|
| 2/28/2013 | 13011491 |

**Bill To**
Fraser Stryker PC
500 Energy Plaza
Omaha, NE 68102

**Ship To**
Fraser Stryker PC
500 Energy Plaza
Omaha, NE 68102

| Terms | Due Date | P.O. No. | Project |
|---|---|---|---|
| Net 30 | 3/30/2013 | | West Plains LLC vs Retzlaff G |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 1001 | Data Imaging and Extraction | 9 | 500.00 | 4,500.00T |
| 1002 | Data Analysis | 42 | 250.00 | 10,500.00T |
| 1003 | E-mail PST Image | 1 | 125.00 | 125.00T |
| 3002 | Blackberry/Smart Phone Imaging | 3 | 275.00 | 825.00T |

Project: West Plains LLC vs. Retzlaff Grain Company

Date to Pay  4/11/13
Vendor No.  107426
Amount $  17,066.50
G/L No.  02191-00 (020)
Reviewed by:  Ru m UB - see attached
Voucher # ____

X52642

| | |
|---|---|
| Subtotal | $15,950.00 |
| Sales Tax (7.0%) | $1,116.50 |

EXHIBIT
83
3-16-15 TH
PENGAD 800-631-6989

3333 Farnam Street, Suite 1  |  Omaha, Nebraska 68131  |  800.780.0298  |  continuumww.com

CT FREIGHT/PLAINTIFF 01869



**A MUTUAL of OMAHA COMPANY**

3/31/2013     13011517

Fraser Stryker PC
500 Energy Plaza
Omaha, NE 68102

Fraser Stryker PC
500 Energy Plaza
Omaha, NE 68102

| Terms | Due Date | P.O. No. | Project |
|---|---|---|---|
| Net 30 | 4/30/2013 | | Retzlaff Grain Company |

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 807060 | Reimburse Travel Expense | 0.5 | 142.03 | 71.02T |
| 1001 | Data Imaging and Extraction | 7 | 500.00 | 3,500.00T |
| | Retzlaff Grain | | | |

Date to Pay __4/18/13__
Vendor No. __107406__
Amount $ __3821.00__
G/L No. __02194-00__
Reviewed by __$526.43__
Voucher # _____

| | |
|---|---|
| Subtotal | $3,571.02 |
| Sales Tax (7.0%) | $249.98 |
| Total | |

3333 Farnam Street, Suite 1 | Omaha, Nebraska 68131 | 800.780.0298 | continuumww.com

CT FREIGHT/PLAINTIFF 01870