# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WEST PLAINS, L.L.C.,**<br><br>                Plaintiff,<br><br>vs.<br><br>**RETZLAFF GRAIN COMPANY INCORPORATED, BRYCE WELLS, JEFFREY BRADLEY, THOMAS DANNER, REBECCA DANNER, JODY MAY, CHAD NEEDHAM, TODD PAYZANT, SAMANTHA RHONE, CRYSTAL KONECKY, CINDY SCHOLTING, and DREW WAGGONER,**<br><br>                Defendants. | 8:13CV47<br><br>ORDER |

This matter is before the Court on the Joint Motion of the Plaintiffs and Defendants to Discharge the Supersedeas Bond. ECF No. 257. On February 17, 2017, Defendant Retzlaff Grain Company, Inc., posted Supersedeas Bond Number 106288703 (the "Bond") in the amount of $1,600,000. ECF No. 223. The Travelers Casualty and Surety Company of America (Travelers) acted as Surety. The parties have represented that the full amount owed to Plaintiff West Plains, LLC, d/b/a CT Freight Company has been remitted and the judgment has been satisfied. Accordingly, the Bond is no longer required and Travelers and its parents, affiliates and subsidiaries will be released from any and all liability.

IT IS ORDERED:

1. The Joint Motion of the Plaintiffs and Defendants to Discharge the Supersedeas Bond, ECF No. 257, is granted;

2. Supersedeas Bond Number 106288703 (the "Bond") in the amount of $1,600,000, ECF No. 223, is hereby released;

3. Travelers is hereby released from any and all past, present and future liability arising under or in connection with the Bond;

4. The Clerk of the Court is directed to release the Bond—for immediate return to Travelers—to:

> Brent Meyer, Esq.
>
> Husch Blackwell LLP
>
> 13330 California Street, Suite 200
>
> Omaha, NE 68154

Dated this 29th day of January, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge